Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-453-613**

**Effective Date of Registration:**
April 03, 2025

**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Astronaut and Horse

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 22, 2017
**Nation of 1st Publication:** Dominican Republic

## Author

- **Author:** Roberto Emilio Sanchez Pena
  **Pseudonym:** Coffee Man, Coffee Man Art
  **Author Created:** 2-D artwork
  **Citizen of:** Dominican Republic

## Copyright Claimant

**Copyright Claimant:** Roberto Emilio Sanchez Pena
Residential Carmen Renata 3, Block R, Building 52, Apartment 201, Los Peralejos, 10702, Dominican Republic

## Rights and Permissions

**Name:** Roberto Emilio Sanchez Pena
**Email:** coffeemanartist@gmail.com
**Telephone:** 8092661124
**Address:** Residential Carmen Renata 3, Block R, Building 52, Apartment 201
Los Peralejos 10702 Dominican Republic

## Certification



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-452-307

**Effective Date of Registration:**
April 03, 2025
**Registration Decision Date:**
July 11, 2025

## Title _____

**Title of Work:** I need Coffee

## Completion/Publication _____

**Year of Completion:** 2017
**Date of 1st Publication:** June 20, 2017
**Nation of 1st Publication:** Dominican Republic

## Author _____

- **Author:** Roberto Emilio Sanchez Pena
  **Pseudonym:** Coffee Man, Coffee Man Art
  **Author Created:** 2-D artwork
  **Citizen of:** Dominican Republic

## Copyright Claimant _____

**Copyright Claimant:** Roberto Emilio Sanchez Pena
Residential Carmen Renata 3, Block R, Building 52, Apartment 201, Los
Peralejos, 10702, Dominican Republic

## Rights and Permissions _____

**Name:** Roberto Emilio Sanchez Pena
**Email:** coffeemanartist@gmail.com
**Telephone:** 8092661124
**Address:** Residential Carmen Renata 3, Block R, Building 52, Apartment 201
Los Peralejos 10702 Dominican Republic

## Certification _____

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-619

**Effective Date of Registration:**
April 03, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

**Title of Work:** Cat and coffee

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 22, 2017
**Nation of 1st Publication:** Dominican Republic

## Author

- **Author:** Roberto Emilio Sanchez Pena
  **Pseudonym:** Coffee Man, Coffee Man Art
  **Author Created:** 2-D artwork
  **Citizen of:** Dominican Republic

## Copyright Claimant

**Copyright Claimant:** Roberto Emilio Sanchez Pena
Residential Carmen Renata 3, Block R, Building 52, Apartment 201, Los Peralejos, 10702, Dominican Republic

## Rights and Permissions

**Name:** Roberto Emilio Sanchez Pena
**Email:** coffeemanartist@gmail.com
**Telephone:** 8092661124
**Address:** Residential Carmen Renata 3, Block R, Building 52, Apartment 201
Los Peralejos 10702 Dominican Republic

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-072

**Effective Date of Registration:**
April 03, 2025
**Registration Decision Date:**
July 18, 2025

---

## Title

**Title of Work:** Sushi Bicycle

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** November 02, 2017
**Nation of 1st Publication:** Dominican Republic

## Author

**Author:** Roberto Emilio Sanchez Pena
**Pseudonym:** Coffee Man, Coffee Man Art
**Author Created:** 2-D artwork
**Citizen of:** Dominican Republic

## Copyright Claimant

**Copyright Claimant:** Roberto Emilio Sanchez Pena
Residential Carmen Renata 3, Block R, Building 52, Apartment 201, Los Peralejos, 10702, Dominican Republic

## Rights and Permissions

**Name:** Roberto Emilio Sanchez Pena
**Email:** coffeemanartist@gmail.com
**Telephone:** 8092661124
**Address:** Residential Carmen Renata 3, Block R, Building 52, Apartment 201
Los Peralejos 10702 Dominican Republic

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-615

**Effective Date of Registration:**
April 03, 2025
**Registration Decision Date:**
July 23, 2025

## Title
_____

**Title of Work:** Astronaut Planets Loops

## Completion/Publication
_____

**Year of Completion:** 2016
**Date of 1st Publication:** June 03, 2016
**Nation of 1ˢᵗ Publication:** Dominican Republic

## Author
_____

- **Author:** Roberto Emilio Sanchez Pena
  **Pseudonym:** Coffee Man, Coffee Man Art
  **Author Created:** 2-D artwork
  **Citizen of:** Dominican Republic

## Copyright Claimant
_____

**Copyright Claimant:** Roberto Emilio Sanchez Pena
Residential Carmen Renata 3, Block R, Building 52, Apartment 201, Los Peralejos, 10702, Dominican Republic

## Rights and Permissions
_____

**Name:** Roberto Emilio Sanchez Pena
**Email:** coffeemanartist@gmail.com
**Telephone:** 8092661124
**Address:** Residential Carmen Renata 3, Block R, Building 52, Apartment 201
Los Peralejos 10702 Dominican Republic

## Certification
_____

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-452-318

**Effective Date of Registration:**
April 03, 2025
**Registration Decision Date:**
July 11, 2025

---

## Title

**Title of Work:** Flowers Animal

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** July 08, 2022
**Nation of 1st Publication:** Dominican Republic

## Author

- **Author:** Roberto Emilio Sanchez Pena
  **Pseudonym:** Coffee Man, Coffee Man Art
  **Author Created:** 2-D artwork
  **Citizen of:** Dominican Republic

## Copyright Claimant

**Copyright Claimant:** Roberto Emilio Sanchez Pena
Residential Carmen Renata 3, Block R, Building 52, Apartment 201, Los Peralejos, 10702, Dominican Republic

## Rights and Permissions

**Name:** Roberto Emilio Sanchez Pena
**Email:** coffeemanartist@gmail.com
**Telephone:** 8092661124
**Address:** Residential Carmen Renata 3, Block R, Building 52, Apartment 201
Los Peralejos 10702 Dominican Republic

## Certification

**Name:** David Denholm
**Date:** April 03, 2025
**Applicant's Tracking Number:** RP2025040306

