## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ROBERTO EMILIO SANCHEZ PENA,

    Plaintiff,                            Case No.: 1:26-cv-00649

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|-----|------------|
| 1 | StickerPop |
| 2 | DAVANPAL US |
| 3 | eTemall |
| 4 | WEIMISZ |
| 5 | fansenqi |
| 6 | Lensenda |
| 7 | ToytoTou |
| 8 | XYZONE-LLT |
| 9 | Something Blue & Something Green |
| 10 | Beatri |
| 11 | Eikecy |
| 12 | LiaoFan-US |
| 13 | Baiting |
| 14 | neimengguhailanshangmaoyouxiangongsi |
| 15 | ruijinshikaihonggongchengjixiezulinyouxianzerengongsi |
| 16 | FUNWING PARTY SUPPLIES |
| 17 | chunmeiQ5958 |
| 18 | hengjitong |
| 19 | Tiitstoy |
| 20 | tonglin luo |
| 21 | ZhiYu Store |
| 22 | HomeJoyToys |
| 23 | OPK73a |
| 24 | XUliXi |

1

2

| 25 | OH! Toys! |
| --- | --- |
| 26 | li xie |
| 27 | Bosheng LLC |
| 28 | RUIQING Co.Ltd |
| 29 | xunxun |
| 30 | Breeze wnazye |