**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ROBERTO EMILIO SANCHEZ PENA,**<br>     **Plaintiff,**<br>     **v.**<br><br>**THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",**<br><br>     **Defendants.** | **Civil Action No. 1:26-cv-00649**<br><br>**Hon. Thomas M. Durkin** |

**UNOPPOSED MOTION FOR A FIRST EXTENSION OF TIME FOR
DEFENDANT ETEMALL TO ANSWER OR OTHERWISE
<u>RESPOND TO PLAINTIFF'S COMPLAINT</u>**

Pursuant to Rule 6(b), Fed.R.Civ.P., Defendant eTemall ("Defendant") files this unopposed motion requesting a first extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint. In support of this motion, Defendant contends there is good cause for the extension and states as follows:

1.      Plaintiff Roberto Emilio Sanchez Pena ("Plaintiff") commenced this action for copyright infringement on January 21, 2026. (Dkt. No. 1).

2.      Plaintiff contends that Defendant was served the summons and Complaint on February 6, 2026. (Dkt. No. 18). Based on that date, Defendant's response is due February 27, 2026. (*Id.*).

3.      Defendant contends that it was not properly served with the summons and Complaint. Defendant has recently received knowledge regarding this case and has engaged counsel to resolve this matter. Defendant sought an agreement on an extension to June 22, 2026, to respond to the Complaint. Plaintiff has stated it does not oppose an extension of time to June 22, 2026.

1

4.      Defendant respectfully requests an extension of time to answer or otherwise respond to Plaintiff's Complaint to and including June 22, 2026. Defendant requests an extension to allow additional time to investigate the allegations of copyright infringement in the Complaint. Furthermore, Defendant is in Asia, which slows communications with its attorneys.

Defendant eTemall therefore respectfully requests that the Court extend the time for to answer Plaintiff's Complaint through and including June 22, 2026.

Dated: May 27, 2026                                Respectfully submitted,

*/s/ Steven G. Kalberg*
Steven G. Kalberg
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
e-mail: skalberg@directionip.com

*Counsel for Defendant eTemall*

2

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 27, 2026, I caused a true and correct copy of the foregoing pleading to be filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all attorneys of record who have consented to such notifications.

<u>*/s/ Steven G. Kalberg*</u>
Steven G. Kalberg