**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Roberto Emilio Sanchez Pena

                                      Plaintiff,

v.                                                Case No.:
                                                1:26–cv–00649
                                                Honorable Thomas M.
                                                Durkin

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 27, 2026:

      MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion for extension of time to answer [47] is granted. Defendant eTemall is to answer Plaintiff's Complaint by 6/22/2026. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.