**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ROBERTO EMILIO SANCHEZ PENA,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-00649

Judge Thomas M. Durkin

Magistrate Judge Beth W. Jantz

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**
**AGAINST DEFENDANT NOS. 3, 5, 6, AND 10**

Plaintiff hereby moves this Honorable Court for entry of Default and Default Judgment

against Defendant Nos. 3 eTemall, 5 fansenqi, 6 Lensenda, and 10 Beatri.

Plaintiff files herewith a Memorandum of Law in support.

DATED: June 1, 2026               Respectfully submitted,

                                   */s/ Keith A. Vogt*
                                   Keith A. Vogt
                                   FL Bar No. 1036084/IL Bar No. 6207971
                                   Keith A. Vogt PLLC
                                   1820 NE 163rd Street, Suite #306
                                   North Miami Beach, Florida 33162
                                   Telephone: 312-971-6752
                                   E-mail: keith@vogtip.com

                                   ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.