## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ROBERTO EMILIO SANCHEZ PENA,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-00649

Judge Thomas M. Durkin

Magistrate Judge Beth W. Jantz

### DECLARATION OF ROBERTO EMILIO SANCHEZ PENA

I, ROBERTO EMILIO SANCHEZ PENA, declare and state as follows:

1.      This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.      I am the artist that creates all the Roberto Pena Works. I make this declaration from matters within my knowledge save where otherwise stated.

3.      I am a digital illustrator and graphic designer. I create and sell products featuring my designs under the name, "Coffee Man." My artistic style is fun, lighthearted, and rooted in humor, often incorporating vibrant colors and themes inspired by pop culture, nature, animals, and food. I have been drawing for as long as I can remember, but I started working professionally while working as an art director at an agency. I had the opportunity to work with several brands, creating illustrations for packaging, brand identity, and other commissions. In 2015, I began submitting my designs to print-on-demand websites and other platforms where I could sell my products. Since then, I've won several design

1

challenges and been featured on these websites. I believe laughter is the best medicine, and I hope my illustrations can bring a little joy to someone's day.

4.     I am the official source of products associated with the Roberto Pena Works (the "Roberto Pena Products"):



https://www.teepublic.com/user/coffeeman?sort=popular

5.     I am the owner of the copyright registrations for the Roberto Emilio Sanchez Pena copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-453-613; VA 2-452-307; VA 2-453-619; VA 2-453-072; VA 2-453-615; and VA 2-452-318 (the "Roberto Pena Works").

6.     The success of the Roberto Pena Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms,

2

including Defendant Nos. 3 eTemall, 5 fansenqi, 6 Lensenda, and 10 Beatri ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Roberto Pena Works to consumers in this judicial district and throughout the United States.

7.     I am aware of investigations related to internet-based infringement of the Roberto Pena Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Roberto Pena Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Roberto Pena Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason.

8.     Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

9.     My goodwill and reputation are irreparably damaged when the Roberto Pena Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Roberto Pena copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Roberto Pena Works and derivative works.

3

10. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Roberto Pena Works are meant to be exclusive rights.

11. The marketing and distribution of the Roberto Pena Works and derivative works are aimed at growing and sustaining sales. When infringers use the Roberto Pena Works without authorization, the exclusivity associated with the Roberto Pena Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

12. Uncontrolled profiteering and pirating of the Roberto Pena Works create the impression that the copyright rights associated with the Roberto Pena Works may be infringed with impunity. The Roberto Pena Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Roberto Pena Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Roberto Pena Works cannot be compensated for financially since it erodes my ability to monetize the Roberto Pena Works.

13. I will suffer immediate and irreparable injury, loss, or damage if a permanent injunction is not issued as part of the final judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 1, 2026.

*Roberto Emilio Sanchez Pena*
_____
Roberto Emilio Sanchez Pena