**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Roberto Emilio Sanchez Pena

                                           Plaintiff,

v.                                                 Case No.:
1:26–cv–00649

                                                 Honorable Thomas M.
Durkin

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 24, 2026:

       MINUTE entry before the Honorable Thomas M. Durkin: Telephone status hearing held on 6/24/2026. A written status report on service is due by 12/23/2026. The telephone status hearing set for 7/7/2026 at 9:15 a.m. is stricken. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.