AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| Roberto Emilio Sanchez Pena<br>*Plaintiff(s)*<br>v.<br>The Partnerships and Unincorporated Associations Identified on Schedule A<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-00649 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lensenda
宝安区西乡街道富华社区
安居鸿栖台2栋1401 深圳市
广东
518102 CN
China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keith A. Vogt
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COU*

Date: July 1, 2026



*Signat* THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

# 证明书
CERTIFICATE
*ATTESTATION*
СВИДЕТЕЛЬСТВО

3624CNS20260626

**根据公约第六条，签署本证明书的机关荣幸地证明**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,
Нижеподписавшийся орган имеет честь удостоверить, в соответствии со статьёй 6 Конвенции,

☑ **1. 文书已予送达***
that the document has been served *
que la demande a été exécutée*
что документ был вручен*

| | |
|---|---|
| **– 日期:** *the (date) / le (date) / дата :* | 22.Sep,2026 |
| **– 地点（城镇、街、号）：** *at (place, street, number) / à (localité, rue, numéro) / в (место, улица, номер) :* | Room 1401, Building 2, Anju Hongqitai, Fuhua Community, Xixiang Subdistrict, Bao'an District, Shenzhen City, Guangdong Province, China |

**– 采用的第五条所规定的送达方法为:**
*in one of the following methods authorised by Article 5:*
*dans une des formes suivantes prévues à l'article 5 :*
*одним из следующих способов, допускаемых статьёй 5:*

| | |
|---|---|
| ☑ | **a) 依公约第五条第一款第（一）项的规定。*** *in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention** *selon les formes légales (article 5, alinéa premier, lettre a)** *в соответствии с положениями подпункта a) пункта 1 статьи 5 Конвенции** |
| ☐ | **b) 依下述特定方法*** *in accordance with the following particular method*:* *selon la forme particulière suivante** *в соответствии со следующим особым способом** |
| ☐ | **c) 交付给自愿接受的收件人。*** *by delivery to the addressee, if he accepts it voluntarily** *par remise simple** *путём вручения адресату, если он добровольно примет документ** |

**请求书中所列文书已交付给:**
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :
Указанные в запросе документы были переданы:

| | |
|---|---|
| **收件人身份和说明:** Identity and description of person: Identité et qualité de la personne : Личность и описание лица: | The signature is not legible |
| **与受送达人的关系（家庭、业务及其他）：** Relationship to the addressee (family, business or other): Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : Отношение к адресату (семейное, деловое или иное): | Operator |

☐ **2. 由于下列事实文书未能送达：***
that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants*
что документ не был вручен по следующим причинам*:

| |
|---|
| |

☐ **按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*
В соответствии с пунктом 2 статьи 12 Конвенции заявителю предлагается оплатить или возместить расходы, указанные в прилагаемом расчёте*.

**附：**
Annexes / Annexes / Приложения

| | |
|---|---|
| **退还的文书:** Documents returned: *Pièces renvoyées :* Возвращаемые документы: | |
| **适当时，确认送达的文书：** In appropriate cases, documents establishing the service: *Le cas échéant, les documents justificatifs de l'exécution :* В надлежащих случаях — документы, подтверждающие вручение: | |

***适当时**
*if appropriate / s'il y a lieu / если применимо / в надлежащих случаях*

| | |
|---|---|
| **制于（地点）**<br>*Done at / Fait à / Составлено в*<br>北京<br>Beijing<br>**日期**<br>*the / le / дата*<br>2026.11.02 | **签名和（或）盖章**<br>*Signature and/or stamp / Signature et / ou cachet / Подпись и/или печать*<br>中华人民共和国<br>司法部<br>民商事司法协助专用章 |

# 深圳市宝安区人民法院
# 送 达 回 证

<table>
<tr><td>案 号</td><td colspan="5">（2026）粤 0306 协外送 40 号<br>（2026）粤协 401 号<br>（2026）最高法协外送 2192 号</td></tr>
<tr><td>案 由</td><td colspan="5">Roberto Emilio Sanchez Pena 与 Lensenda 知识产权权属、侵权纠纷</td></tr>
<tr><td>受送达人</td><td colspan="5">Lensenda</td></tr>
<tr><td>送达地址</td><td colspan="5">Unit 1401,Building 2,Anju Hongqitai,Fuhua Community,Xixiang Sub-district,Bao'an District,Shenzhen,Guangdong,518102(广东省深圳市宝安区西乡街道富华社区安居鸿栖台 2 栋 1401)</td></tr>
<tr><td>送达文件</td><td>签发人</td><td>送达人</td><td>收到日期</td><td>受送达人签名或盖章</td><td>不能送达理由</td></tr>
<tr><td>1-S-Hague Request Form (USM-94)</td><td rowspan="5"></td><td rowspan="5">郭秋怜<br>2026.9.22<br>由松峰<br>2026.9.22</td><td rowspan="5">年 月 日 时</td><td rowspan="5">杨春恒<br>2026.9.22</td><td rowspan="5"></td></tr>
<tr><td>1-S-Hague Request Form (USM-94)</td></tr>
<tr><td>2-S-Summons (AO 440)</td></tr>
<tr><td>2-T-Summons (AO 440)</td></tr>
<tr><td>3-S-Complaint with Schedule A</td></tr>
</table>

| | | | | | |
|---|---|---|---|---|---|
| 3-T-Complaint with Schedule A | | | | | |
| Transfer | | | | | |
| 备注 | 受送达人为店铺名，签收人为经营者 郜秋冷 由松泽 | | | | |

注：(1)受送达人或者共同住成年家属拒绝接受诉讼文书的，由送达人在备注写明情况，把诉讼文书留在受送达人处，即视为送达。

(2)邮寄送达的，由受送达人收到所送达诉讼文书后，在送达回证上签收，并将本送达回证寄回本院。(邮寄地址：深圳市宝安区建安一路 3 号 A 栋 10 楼。邮编：518101)。

(3)代收诉讼文书的，由代收人签名或盖章，并注明其与受送达人的关系及代收理由。